**DAVID E. FOX**
Attorney at Law
1325 18th Street, NW
Suite 103
Washington, DC 20036
Phone (202) 955-5300   Fax (202) 872-0200

---

David E. Fox (DC, MD)

June 6, 2006

Mayor Anthony Williams
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

      RE:    **NOTICE OF CLAIM**
               **Comprehensive Health Academy LLC and Michael Adedokun v.**
               **District of Columbia and DC Department of Health**
               <u>**Professional Licensing Administration and DC Board of Nursing**</u>

Dear Mayor Williams:

      Please take notice that on behalf of our clients, Comprehensive Health Academy, LLC ("Comprehensive") and Michael Adedokun ("Adedokun") we advise you of serious violations of rule and law, which give rise to the claims herein described.

      It is our clients position that the entities enumerated (herein referred to collectively as, "District of Columbia") have discriminated against my client Comprehensive on the basis of race or national origin by giving pretextual and false reasons for its continued denial to Comprehensive of full accreditation as a Practical Nursing (educational) Program. In addition, District of Columbia has discriminated against my client Adedokun on the basis of race or national origin by giving pretextual and false reasons for its continued refusal to accept Adedokun as the Nurse Administrator for Comprehensive.

      These acts violate the due process provisions of the Constitution of the United States, 42 USC §§ 1983, 1985 and 1985, and also violate DC Code § 3-1205.19 and 17 DCMR Chapter 56, Section 5600, et seq.

      In addition, District of Columbia has failed to properly hire, train and supervise Board of Nursing decision makers who denied Comprehensive the right to hire a properly experienced and qualified Nurse Administrator, publicly stated that Comprehensive will lose its current provisional accreditation. District of Columbia also appointed to the D.C. Nursing Board and engaged staff for that agency with a professional and/or personal pecuniary interest that is in conflict with their Board and staff duties and these persons then acted against claimants interests in the same matters previously described.

06 1050

FILED

JUN - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please take notice that the above acts and omissions have occurred over the past two years and are continuing, and include a recent illegal and unethical decision by Board members to take away Comprehensive's provisional accreditation and publicizing that information to potential Comprehensive students, referral sources and competitors.

Sincerely,

David E. Fox

DEF:jdt