UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

          Plaintiffs,

    v.                               Civil Action No. 1:06cv01050
                                        (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

          Defendants.

_____

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants the District of Columbia,

the District of Columbia Department of Health, Professional Licensing Administration,

the DC Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner (collectively

"Defendants")[1] hereby move this Honorable Court to enlarge the time for their response

to the Complaint in this matter. Defendants seek an enlargement of time of thirty days,

until July 28, 2006. Defendants' Memorandum of Points and Authorities in support

hereof is attached hereto and incorporated by reference herein. A proposed Order also is

attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel contacted Plaintiffs' counsel to

seek consent for the subject motion. Plaintiffs' counsel only would consent to a fourteen

_____

[1] Defendants are not filing this motion on behalf of named defendant Donna Minor since it does not appear
that she has been properly served. Ms. Minor is a consultant and the Mayor is not authorized to accept
service on her behalf. The District reserves the right to consider representation of Ms. Minor when she is
properly served and to seek similar relief on her behalf.

1

(14) day extension which is not sufficient time for counsel to investigate the facts and the

law underlying the allegations of the complaint.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendants' Motion for Enlargement of Time to Respond to the

Complaint to July 28, 2006, and

B. Grant Defendants such other and further relief as the nature of their cause may
require.


DATE: June 27, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI

Attorney General, D.C.


GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


_____/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


_____/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

        Plaintiffs,

     v.                                    Civil Action No. 1:06cv01050
                                          (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

        Defendants.

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO THE COMPLAINT**

Defendants by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), respectfully submit this Memorandum of Points and Authorities in Support of their Motion for Enlargement of Time to Respond to the Complaint.   In support of the instant Motion, Defendants state as follows:

1.   The Complaint, alleging constitutional violations, and seeking damages for the purported failure of Defendants to grant full accreditation as a Practical Nursing [educational] Program to Plaintiff Comprehensive Health Academy, LLC ("Comprehensive"), was filed on June 7, 2006, and service appears to have been effected on named defendants Karen Skinner and JoAnne Joyner that same day and on Defendants the District of Columbia, the DC Department of Health, Professional Licensing Administration, and DC Board of Nursing on June 8, 2006.

2.   The Office of the Attorney General for the District of Columbia first received a request for legal representation in this matter from the Department of Health, Ms.

Skinner, and Dr. Joyner on June 23, 2006, and the case was assigned to undersigned

counsel today, June 27, 2006.

3.   Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Ms. Skinner's and Dr. Joyner's

response to the Complaint is due on or before June 27, 2006, and the District Defendants'

response is due on or before June 28, 2008.

4.   Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested

herein, "if request therefor is made before the expiration of the period originally

prescribed . . ." for cause shown.

5.   For good cause shown, Defendants state that the Complaint encompasses a

number of complex legal arguments and detailed factual assertions.  Defendants represent

that additional time will be necessary to review the Complaint thoroughly and to conduct

a complete factual and legal investigation of the many allegations contained therein.

6.   This enlargement is not sought for any improper purpose, but to complete an

appropriate submission for consideration by this Court. An extension of the requested

thirty (30) days will have no material impact on the progress of this case.

7.   Based on the above, Defendants respectfully requests that this Honorable

Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for

Defendants to file their response to the Complaint to July 28, 2006.

DATE: June 27, 2006

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General, D.C.

                              GEORGE C. VALENTINE
                              Deputy Attorney General, D.C.
                              Civil Litigation Division

       /s/ Richard S. Love

RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

       /s/ Ellen A. Efros

ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov