UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

      Plaintiffs,

  v.                                                                                      Civil Action No. 1:06cv01050
                                                                         (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

      Defendants.

_____

**ORDER**

Upon consideration of the Defendants' Motion For Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED**, that the Defendants' Motion For Enlargement Of Time To Respond To The Complaint be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED**, that the Defendant District of Columbia, District of Columbia Department of Mental Health, Professional Licensing Association, the D.C. Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner shall have until on or before July 28, 2006 to file a response to the Complaint.

    **SO ORDERED:**


DATE: _____                                    _____
                                               Reggie B. Walton
                                               United States District Judge