UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,
d/b/a COMPREHENSIVE HEALTH ACADEMY
SCHOOL OF PRACTICAL NURSING,** *et al.*

      Plaintiffs,

  v.                                     Civil Action No. 1:06cv01050
                                        (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

      Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Ellen A. Efros, Assistant Attorney General, as counsel for Defendants DISTRICT OF COLUMBIA, DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, PROFESSIONAL LICENSING ADMINISTRATION, D.C. BOARD OF NURSING, JOANNE JOYNER, and KAREN SCIPIO-SKINNER.

                          Respectfully submitted,

                          ROBERT J. SPAGNOLETTI
                          Attorney General for the District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General
                          Civil Litigation Division

                          /s/ Richard S. Love
                          RICHARD S. LOVE, D.C. Bar No. 340455
                          Chief, Equity I
                          441 Fourth Street, N.W., 6th Floor South
                          Washington, D.C. 20001
                          Telephone: (202) 724-6635
                          Facsimile: (202) 727-0431

2

/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov