AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Comprehensive Health Academy, LLC d/b/a
Comprehensive Health Academy School of
Practical Nursing and Michael Adedokun

V.

Government of the District of Columbia; DC
Dept. of Health, Professional Licensing Admin.,
DC Board of Nursing; Joanne Joyner; Donna
Minor and Karen Scipio-Skinner

SUMMONS IN A CIVIL CASE

**RECEIVED**
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 1:06CV01050
JUDGE: Reggie B. Walton
DECK TYPE: Civil Rights (non-employment)
DATE STATMP: 06/07/2006

TO: (Name and address of Defendant)

Donna Minor, Nurse Consultant of DC Board of Nursing
Serve: Mayor Anthony Williams
1350 Pennsylvania Avenue, NW
Suite 419
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices David E. Fox
1325 18th Street, NW
Suite 103
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-14-06 | |
| NAME OF SERVER (PRINT) WILLIAM JOHNSON | TITLE PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 717-14th ST., N.W. 10th FL WASHINGTON, D.C.

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MR. BRAITWAITE

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-14-06
Date

Signature of Server

Address of Server: 1325-18th ST., N.W., STE 103, WASH. D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.