UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

           Plaintiffs,

      v.                                                                                Civil Action No. 1:06cv01050
                                                                              (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

           Defendants.
_____

**NOTICE OF IMPROPER FILING BY PLAINTIFFS OF PROOF OF SERVICE**
**ON DEFENDANT DONNA MINOR**

      This filing is made simply to inform the Court that Plaintiffs improperly have filed a return of service which allegedly reflects service on Defendant Donna Minor on June 14, 2006. The undersigned counsel does not represent Defendant Minor, but seeks to protect and correct the record against erroneous representations by Plaintiffs.

      The return of service filed with Court on July 3, 2006, reflects that (1) service personally was made on Ms. Minor at 717 14th Street, 10th Floor, Washington, D.C. and (2) copies of the summons and complaint were left at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. The return of service further reflects the name of the person with whom the summons and complaint were left as Mr. Braitwaite.

      With respect to (1), service was not made personally on Ms. Minor at the address so indicated. That address is of the Health Professional Licensing Association of the District of Columbia Department of Health. Ms. Minor is not an employee of the District

and was not present at that location to accept service of a summons and complaint. Further, with respect to (2), Mr. Braitwaite is an attorney with the District of Columbia Department of Health, was not present at Ms. Minor's dwelling house or usual place of abode, and is not authorized to accept service on her behalf.

For all the foregoing reasons, the return of service filed with the Court purporting to reflect service on Defendant Minor is erroneous and improper.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Richard S. Love
        RICHARD S. LOVE, D.C. Bar No. 340455
        Chief, Equity I
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 724-6635
        Facsimile: (202) 727-0431

        /s/ Ellen A. Efros
        ELLEN A. EFROS, D.C. Bar No. 250746
        Assistant Attorney General
        Equity 1
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 442-9886
        Facsimile: (202) 727-0431
        ellen.efros@dc.gov