FOR THE DISTRICT OF COLUMBIA

COMPREHENSIVE HEALTH ACADEMY, LLC,
d/b/a COMPREHENSIVE HEALTH ACADEMY
SCHOOL OF PRACTICAL NURSING, *et al.*

Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*

Defendants.

EXHIBIT C - JOYNER DECL.

Civil Action No. 1:06cv01050
(RBW)

### DECLARATION OF JOANNE JOYNER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

I, Joanne Joyner, under penalty of perjury, declare as follows:

1.      I am the Chairperson of the District of Columbia Board of Nursing ("the Board"). I have read and reviewed the Complaint filed by Comprehensive Health Academy, LLC ("CHA") and Michael Adedokun ("Adedokun") and I have personal knowledge of all facts stated herein.

2.      CHA and Adedokun allege in their complaint that I, and/or Donna Minor ("Minor) and Karen Skinner ("Skinner") and "DC" made "[r]epresentations to members of the public at large, and specifically to faculty members and students at the University of the District of Columbia Nursing Program * * * that  * * * [the] Board intends to withdraw from * * * [CHA] its Provisional Accreditation * * *. *See, e.g., complaint* at ¶¶25(f) and 27(b). These assertions are not true. Matters before the Board are handled as confidential and I can categorically state that I have not discussed any matters regarding

CHA or its accreditation status with any persons other than members of the Board and the staff of the Board.

3.      I also have reviewed CHA's and Adedokun's allegations that the Board has discriminated against CHA on the basis of race and national origin of two of its principals, including Adedokun. *See, e.g., complaint* at ¶¶6, 23, and 27(c). Again, this is categorically untrue. Neither I nor the Board made any decisions respecting CHA's accreditation or approval of Adedokun as Nursing Director of CHA based on race or national origin. Rather, it is well documented that such decisions were made by the Board because of (1) deficiencies in CHA's nursing program and its non-compliance with the applicable regulations and (2) Adedokun's lack of suitable qualifications and experience to manage and direct a new [educational] practical nursing program.

4.      I can state unequivocally that the Board used the same regulations, guidelines, and criteria to evaluate CHA and CHA leadership that are used to evaluate programs and personnel at all Licensed Practical Nursing Schools operating in the District of Columbia. CHA was made aware of what those criteria are and what it needed to do to receive full accreditation from the Board during several meetings with the Board and in communications from the Executive Director, Skinner. In particular, the correspondence from Skinner identified specific areas in which CHA had to improve to receive full accreditation from the Board. Further, CHA, was informed that the NCLEX-PN pass rate (*see complaint* at ¶21) was only one among several criteria used by the Board to determine accreditation status of a nursing education program.

5.      I also have reviewed the allegations of CHA and Adedokun at ¶¶ 9, 25(f), 27(a), and 36 of the complaint and can state that they are categorically false. I have no

of full accreditation to CHA as a result of any outside employment. I am a faculty member in the Registered Nurse (RN) program at the University of the District of Columbia ("UDC"). I have never taught in nor do I have any association whatsoever with the LPN program at UDC. I do not advise students about LPN programs and, specifically, I have not advised any student for or against matriculation at CHA. Also, as Chairperson of the Board, I did not vote on matters concerning CHA's accreditation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 25 2006_

_____

Joanne Joyner