UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

        Plaintiffs,

    v.                                                                    Civil Action No. 1:06cv01050
                                                                                                        (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

        Defendants.

_____

## **ORDER**

Upon consideration of Defendants' Motion To Dismiss Or, In the Alternative, For Summary Judgment, the Memorandum of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED**, that Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment be, and hereby is, GRANTED, and it is

**FURTHER ORDERED**, that the Complaint is hereby **DISMISSED** with prejudice.

**SO ORDERED**


DATE:_____                          _____
                                                                         REGGIE B. WALTON
                                                                       United States District Judge