_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

        Plaintiffs,

    v.                        Civil Action No. 1:06cv01050
                                      (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

        Defendants.

_____

## <u>ORDER</u>

      Upon consideration of Defendants' Motion To Dismiss Or, In the Alternative, For Summary Judgment, the Memorandum of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

      **ORDERED**, that Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment be, and hereby is, GRANTED, and it is

      **FURTHER ORDERED**, that summary judgment is hereby **GRANTED** to defendants on all counts of the Complaint.

      **SO ORDERED**


DATE:_____               _____
                                   REGGIE B. WALTON
                                   United States District Judge