UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


COMPREHENSIVE HEALTH ACADEMY, LLC.          *
d/b/a COMPREHENSIVE HEALTH ACADEMY          *
SCHOOL OF PRACTICAL NURSING, et al.               *
                                                                            *
          Plaintiffs,                                                *
                                                                            *
v.                                                              *Civil Action No. 1:06cv01050
                                                                *(RBW)
DISTRICT OF COLUMBIA, et al.                           *
                                                                            *
          Defendants.                                           *
**************************************************
              (CONSENT) PLAINTIFF'S  MOTION FOR ENLARGEMENT
              OF TIME TO RESPOND TO THE MOTION TO DISMISS


     Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b),  the Plaintiffs,
Comprehensive Health Academy, LLC d/b/a Comprehensive Health Academy School of
Practical Nursing,  hereby move this Honorable Court to enlarge the time for
their response to the Defendant's Motion to Dismiss in this matter.   Plaintiffs
received consent from the defendants of an extension of two weeks or until
August 31, 2006.#  Plaintiffs' Memorandum of Points and Authorities in support
hereof is attached hereto and incorporated by reference herein. A proposed Order
also is
attached hereto.

     Pursuant to LCVR 7.1(m), undersigned counsel contacted Defendants' counsel
to
seek consent for the subject motion.   Defendant's counsel agreed to a fourteen
day extension.  However, the defendants are not currently representing Donna
Minor since she has not been properly served.  She was unavailable for consent
to this motion.

     WHEREFORE, the Plaintiffs respectfully requests that this Honorable Court
grant the Plaintiffs' Motion for Enlargement of Time to Respond to the Motion to
Dismiss until  August 31, 2006

                                             Respectfully submitted,


                                             David E. Fox, Esq.
                                             DC Bar 165258
                                             1325 18th Street, NW
                                             Washington, D.C. 20036
                                             (202) 955-5300
                                             (202)872-0200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


COMPREHENSIVE HEALTH ACADEMY, LLC.          *
d/b/a COMPREHENSIVE HEALTH ACADEMY          *
SCHOOL OF PRACTICAL NURSING, et al.              *
                                                                        *
          Plaintiffs,                                           *
                                                                        *
v.                                                           *Civil Action No. 1:06cv01050
                                                             *(RBW)
DISTRICT OF COLUMBIA, et al.                     *
                                                                        *
          Defendants.                                        *
**************************************************

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
 PLAINTIFF'S  CONSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE MOTION TO DISMISS

          1.  Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P.
6(b)(1) and 7(b), respectfully submit this Memorandum of Points and Authorities in
Support of their Motion for Enlargement of Time to Respond to Motion to Dismiss. In
support of the instant Motion, Plaintiffs state as follows:

          2.   Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested
herein, "if request therefor is made before the expiration of the period originally
prescribed . . ." for cause shown.

          3.   For good cause shown, Plaintiffs state that the Motion to Dismiss encompasses a
number of complex legal arguments and detailed factual assertions.   Plaintiffs represent
that additional time will be necessary to review the Motion to Dismiss thoroughly and to conduct
a complete factual and legal investigation of the many allegations contained therein.

          4.  This enlargement is not sought for any improper purpose, but to complete an
appropriate submission for consideration by this Court.

          5.  An extension of the requested  of fourteen (14) days will have no
material impact on the progress of this case.

          6. Based on the above, Plaintiffs respectfully requests that this Honorable
Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for
Plaintiffs to file their response to the Motion to Dismiss until August 31, 2006.

Respectfully submitted,


David E. Fox, Esq.
DC Bar 165258
1325 18th Street, NW
Washington, D.C. 20036
(202) 955-5300
(202)872-0200

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid on August 18, 2006 to:

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

RICHARD S. LOVE
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

ELLEN A. EFROS
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Donna Minor
1388 H Street, NW
Washington, D.C.  20011

_____
David E. Fox

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


COMPREHENSIVE HEALTH ACADEMY, LLC.          *
d/b/a COMPREHENSIVE HEALTH ACADEMY          *
SCHOOL OF PRACTICAL NURSING, et al.            *
                                               *
        Plaintiffs,                              *
                                               *
v.                                             *Civil Action No. 1:06cv01050
                                               *(RBW)
DISTRICT OF COLUMBIA, et al.                   *
                                               *
        Defendants.                              *
**************************************************
ORDER

Upon consideration of the Consented to Plaintiffs Motion to Extend Time to Answer the Motion to Dismiss, it is this _____ day of _____, 2006

ORDERED that the Plaintiffs have until August 31, 2006 to file an Answer to the Motion to Dismiss.


_____

                                                    Judge