UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPREHENSIVE HEALTH ACADEMY, LLC, d/b/a COMPREHENSIVE HEALTH ACADEMY SCHOOL OF PRACTICAL NURSING, ET AL.**     )<br><br>    *Plaintiffs*,     )<br><br>    v.     )     Civil Action No. 1:06cv01050<br>         )     **(RBW)**<br><br>**DISTRICT OF COLUMBIA, ET AL.**     )<br><br>    *Defendants.*     ) | |

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT IN REGARD TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Plaintiffs herein request that this Court set the pending Motions and opposition for oral argument.

Plaintiffs state that their arguments can be presented in forty-five (45) minutes time.

Respectfully submitted,

_____
David E. Fox, Esq. - DC Bar No. 165258
1325 18th Street, NW
Suite 103
Washington, DC  20036
(202) 955-5300
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the _____ day of _____ _____, 2006, I caused a copy of the foregoing Plaintiff's Request for Oral Argument in Regard to Defendant's Motion to Dismiss or Alternatively for Summary Judgment to be mailed first class, postage prepaid to Richard Love, Esq. and Ellen Efros, Esq., Office of the Attorney General, 441 Fourth Street, NW, Suite 600, Washington, DC  20001.

_____
David E. Fox, Esq.