UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

        Plaintiffs,

        v.                                                     Civil Action No. 1:06cv01050
                                                                       (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

        Defendants.
_____

**DEFENDANTS' MOTION FOR ENLARGEMENT OF**
**TIME TO FILE REPLY MEMORANDUM**

        Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants the District of Columbia, the District of Columbia Department of Health, Professional Licensing Administration, the DC Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner (collectively "Defendants") hereby move this Honorable Court to enlarge the time for filing of their reply memorandum in support of their Motion To Dismiss Or In The Alternative For Summary Judgment and in response to Plaintiffs' Opposition thereto. Defendants seek an enlargement of time of two weeks, from September 8, 2006, until September 22, 2006, to file their reply memorandum. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

        Pursuant to LCvR 7.1(m), undersigned counsel contacted Plaintiffs' counsel to seek consent for the subject motion. Although Defendants' counsel just recently granted Plaintiffs' counsel the professional and commonly accepted courtesy of a two-week

extension of time to file Plaintiffs' opposition without attaching any conditions to such consent, Plaintiffs' counsel has refused to extend the same professional courtesy to Defendants' counsel unless Defendants' counsel would agree to consent to the filing of a sur-reply by Plaintiffs as well as an extension to do so. A sur-reply clearly is not permitted by the applicable Federal Rules or the Local Rules of this Court and Defendants see no compelling need to add additional briefing to the issues before the Court beyond those papers normally allowed. Thus, Defendants did not and will not consent to the filing of a sur-reply by Plaintiffs. Because of Plaintiffs' counsel refusal to extend the normal professional courtesy to Defendants for this slight extension, Defendants are filing this Motion without consent.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendants' Motion for Enlargement of Time to file a Reply memorandum until September 22, 2006, and

B. Grant Defendants such other and further relief as the nature of their cause may require.

DATED: September 6, 2006

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General, D.C.

        GEORGE C. VALENTINE
        Deputy Attorney General, D.C.
        Civil Litigation Division

        /s/ Richard S. Love
        RICHARD S. LOVE, D.C. Bar No. 340455
        Chief, Equity I

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

               Plaintiffs,

        v.                               Civil Action No. 1:06cv01050
                                                (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

               Defendants.

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' MOTION FOR ENLARGEMENT OF**
**TIME TO FILE REPLY MEMORANDUM**

       Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), respectfully submit this Memorandum of Points and Authorities in Support of their Motion for Enlargement of Time to File Reply Memorandum in support of their Motion To Dismiss Or In The Alternative For Summary Judgment and in response to Plaintiffs' Opposition thereto. In support of the instant Motion, Defendants state as follows:

       1. Plaintiffs, with Defendants' unconditional consent, were granted a two-week extension of time to file their Opposition To Defendants' Motion To Dismiss Or In The Alternative For Summary Judgment and did so on August 31, 2006.

       2. Absent an enlargement of time, Defendants' Reply memorandum would be due on September 8, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For good cause shown, Defendants state that Plaintiffs' Opposition to their Motion To Dismiss Or In The Alternative For Summary Judgment encompasses a number of varying arguments and factual assertions, and includes the declarations of three individuals in support of Plaintiffs' Opposition. Defendants represent that additional time will be necessary to review the papers thoroughly and to discuss and investigate the assertions set forth in Plaintiffs' Opposition and supporting Declarations with Defendants.

5. Counsel for Defendants is scheduled to take and defend depositions in another case over the present 7-10 day period and will not have the time necessary to devote to preparing a reply memorandum in this matter. In addition, undersigned counsel must report for jury duty in Superior Court on September 7, 2006. Moreover, several of the persons (including named Defendants) who are intimately familiar with the facts underlying this dispute are on vacation through next week, September 8, 2006, and Defendants' counsel will be unable to consult with such persons until they return to their respective offices. Defendants' counsel requires discussions with such persons in order to respond appropriately to points raised in Plaintiffs' Opposition and supporting Declarations.

6. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. An extension of the requested two (2) week period will have no material impact on the progress of this case. Indeed,

Plaintiffs' counsel recently requested and received Defendants' unconditional consent to file its Opposition to the pending Motion to Dismiss Or In The Alternative For Summary Judgment two weeks late although Plaintiffs' counsel has refused to extend the same professional courtesy to Defendants as set forth above in the accompanying Motion.

7. Based on the above, Defendants respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for Defendants to file their Reply Memorandum in support of their Motion To Dismiss Or In The Alternative For Summary Judgment and in response to Plaintiffs' Opposition thereto until September 22, 2006.

DATED:  September 6, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division


    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov