UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

      Plaintiffs,

    v.                                      Civil Action No. 1:06cv01050
                                                        (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

      Defendants.

_____

### ORDER

Upon consideration of the Defendants' Motion For Enlargement Of Time To File Reply Memorandum, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED**, that the Defendants' Motion For Enlargement Of Time To File Reply Memorandum be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED**, that the Defendant District of Columbia, District of Columbia Department of Mental Health, Professional Licensing Association, the D.C. Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner shall have until on or before September 22, 2006 to file a Reply Memorandum In Support Of Defendants' Motion To Dismiss Or In The Alternative For Summary Judgment and in response to Plaintiffs' Opposition thereto.

2

**SO ORDERED:**


DATE: _____                    _____
                                    Reggie B. Walton
                                    United States District Judge