**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**BOARD OF NURSING**

IN THE MATTER OF:            :
                             :
Comprehensive Health         :
Academy                      :
                             :
    Respondent            :

**NOTICE OF INTENT TO DENY FULL ACCREDITATION**

To:  Sonny Oboh President/CEO
     Comprehensive Health Academy School of Practical
     Nursing
     1106 Bladensburg Road, N.E.
     Washington, D.C. 20002-2512

    In accordance with the provisions of the District of Columbia Administrative Procedure Act, D.C. Official Code § 2-509 (a) (2001); the District of Columbia Health Occupations Revision Act of 1985, (hereinafter "the Act") D.C. Official Code, §§ 3-1202.04 and 3-1205.19(a) (2001); and Title 17, Section 4102.3 of the District of Columbia Municipal Regulations (hereinafter "DCMR"), the Board of Nursing (hereinafter "the Board") hereby gives you notice that it proposes to deny your application for full accreditation of your Practical Nursing program in the District of Columbia. This action may be taken pursuant to D.C. Official Code § 3-1205.14(c) (2001).

    The Board has sufficient evidence which, if not refuted by you, justifies taking the proposed action. The basis of the Board's proposed denial is you have not "demonstrated continued ability to meet the standards and requirements of this chapter" as required by 17 DCMR § 5603.2(c) in that the program is not in compliance with the requirements of 17 DCMR § 5607 as detailed below.

    Specifically, your nurse administrator failed to ensure the evaluation of the program as required by 17 DCMR § 5607.2. On April 17, 2006, a site visit of Comprehensive Health Academy School of Practical Nursing

revealed that your program lacks a systemic curriculum evaluation plan.

Additionally, the program failed to develop and implement a written plan for evaluation of the total nursing program, providing for student participation as required by 17 DCMR § 5607.12, including the lack of a formative evaluation during the program to identify students at risk. Further, the program failed to utilize data from an evaluation plan in order to work towards continuous program improvement as required by 17 DCMR § 5607.13 in that you have failed to collect, analyze, aggregate and trend data regarding graduation rates, performance on licensure examinations, job placement rates, and program satisfaction.

Your program has failed to meet an additional requirement in that the students receive didactics but lack any type of clinical competency structure prior to the clinical experience in violation of 17 DCMR § 5607.15. Your specialty courses (Medical/Surgical Nursing, Pediatric Nursing, Maternal, Newborn Nursing) did not provide for specific skills in the syllabus. The Director of Nursing stated that the skills were not introduced until the bedside during the clinical experience.

You have the right to request a hearing on this matter by delivering a letter to the Board of Nursing in person or by certified mail, within twenty (20) calendar days after service of this notice. The letter should be addressed to the District of Columbia Board of Nursing, Suite 600, 717 14th Street, N.W., Washington D.C. 20005. If a hearing is not requested within the time and in the manner specified, the Board may take the proposed action without a hearing. Also, a copy of your request should be mailed to Maureen W. Zaniel, Senior Assistant Attorney General, Public Safety Division, Civil Enforcement Section, Office of the Attorney General for the District of Columbia, 441-4th Street, N.W., Room 450 North, Washington, D.C. 20001.

Should you request a hearing, the Board will notify you of the hearing date. Thereafter, the District of Columbia will be represented before the Board by the Senior Assistant Attorney General listed above. That is the attorney to whom you should deliver a copy of any pleading or other written communication addressed to the Board.

You may appear personally at such a hearing and you may be represented by legal counsel. You have the right to produce witnesses and evidence on your behalf, to cross-examine witnesses against you, to examine evidence produced, and to have subpoenas issued on your behalf to require the production of witnesses and evidence.

If you, or any witnesses you intend to call, are deaf or because of a hearing impediment cannot readily understand or communicate the spoken English language, you or your witnesses may apply to the Board for the appointment of a qualified interpreter.

Your failure to appear at the time and place set for the hearing, either in person or through counsel, or both, will not preclude the Board's proceeding in the matter.

_____     _____
Date                              JoAnne A. Joyner, D.N.Sc.
                                  Chairperson
                                  Board of Nursing