Report of Site Visit: Comprehensive Health Academy
School of Practical Nursing
August 2 and 3, 2004
Report by Bonita Jenkins Nursing Education Consultant

This report is based on the regulations that existed at the time of the school's opening, however, comments will be made regarding the school's progress in meeting the 2004 regulations.

The initial report from Comprehensive Health Academy (CHA) was submitted prior to the site visit. At the conclusion of the site visit, there were pertinent sections of information that were either not clear or had been omitted from the information submitted. Additional information was requested (Medical-Surgical I and II course and clinical objectives, position descriptions, and an evaluation plan) for review during the site visit. Mr. Adedodum was not able to produce the information during the site visit. That information was submitted September 1 by the President/CEO. However, some of the information recently submitted does not reflect the status of the program at the time of the site visit and therefore its implementation was not verified (revised conceptual framework, new contract with an outpatient surgery center for clinical experiences, revised organizational chart).

At the time of the visit, there was no Director of Nursing and the Program Administrator was not able to adequately present the program to the visitors. CHA had employed a nursing education consultant to assist with curriculum revisions and organization of the school. At the time of the site visit, the consultant had just begun and there was no additional information provided. The nursing education consultant sat in on the exit meeting with the President and Program Administrator.

This report will focus on deficits and omissions within the Practical Nursing Program. Specific regulations not addressed here were not of concern during the visit.

The school currently has Provisional Accreditation status from the DC Board of Nursing and has been in operation for one calendar year.

5601.1   The school's curriculum shall reflect the philosophy, conceptual framework, purpose and objectives of the nursing education program and shall be consistent with this chapter.
**The philosophy and conceptual framework were included in the "Learning Experiences and Methods of Instruction" standard.**

Philosophy
**No recommendations**

The philosophy/values and roles of the practical nurse have been revised with the Sept. submissions.

Conceptual Framework
**Show evidence of integration of conceptual framework into curriculum**

**Originally, the curriculum was based on two areas: Nursing Concepts and Roles of the Practical Nurse. The concepts are physiological and psychological functions and activities that maintain or alter abilities. The roles stated were for the Registered nurse i.e. "Manager of Care".**

These were revised in the later submission to state that the conceptual framework is now Orem's Self-Care Deficit Theory. The nursing roles/functions were those defined by the National Federation of Licensed Practical Nurses: Communicator, Teacher, Counselor, Leader, Researcher, and Advocate. **There is no evidence of implementation of this framework and development of the curriculum based on this framework.**

5601.5    Curriculum Evaluation
**Show evidence of a plan for program evaluation.**

**There was no presentation of a plan for program evaluation.** However, student comments, faculty input, tests/examinations were mentioned to contribute to the evaluation of the program.

5601.6    Curriculum content
**Show evidence of contract with acute care hospital.**

**Provide hours for classroom and clinical instruction.**

**Objectives were written for surgical experiences (Pre and Post operative care and diagnostic test monitoring) in Med-Surg I. However, all of the Med-Surg I clinical experiences are in long-term care facilities. There were no clinical contracts with acute care agencies at the time of my visit.**

**There was a discrepancy in the hours for some of the courses (between documents submitted and school's documents). Total hours were consistent in the school's documents.**

**The requested information from the guidelines for Provisional Program Report (include the total minutes for each hour of instruction; classroom and clinical) was not offered.**

5602.1 Clinical laboratory experiences shall be an integral part of the curriculum. Clinical experiences shall be in the following areas:
**Show evidence of clinical experience in the areas of the care of surgical patients, the care of children, and the care of mothers and newborns.**

**There is no evidence of clinical experiences in care of the surgical patients. There is also concern about students getting experiences in the care of children, mother and newborn.**

5604. 2 Program Administrator
**Submit resume of a Nursing Director that meets the requirements of this section. Submit organizational chart.**

**This seems to be a challenging area for CHA, as it has had three (3) directors within one year. There is also a conflict in the use of Program Administrator and DON to mean separate roles. The DON would be the program administrator if in fact the Board of Nursing has approved the person in that role.**

**Part of the issue may be due to the organizational chart. According to the organizational chart active at the time of the visit, the DON and Program Administrator seem to have dual roles. The DON reported to the Program Administrator and the Board of Governors. That organizational chart has since been revised according to the last submission. Also, the DON did not appear to have authority and autonomy to make decisions regarding students, curriculum and faculty.**

**The DON's office was in the basement, away from students, while the Program Administrator's and President's offices were on the same floor as classes were being held. The faculty met with the program administrator each week to update issues with students.**

**According to the organizational chart and position descriptions, the Program Administrator was the actual administrator of the program. However, he was not qualified, nor had been approved by the BON to be administrator of the practical nursing program.**

**Although the organizational chart and position descriptions were revised, there is still some concern over the school's officers relinquishing control to a DON. The revised position description for the Vice President/Program Administrator states Master's Degree in Nursing as minimum qualification, however none of the role functions except Regulatory relate to nursing. The regulatory role functions are of concern because they seem to impinge upon the normal roles of a DON (Coordinate activities relative for continued Board of Nursing approval, National League for Nursing Accreditation and review other school activities). If the role functions overlap, then the Vice President/Program Administrator should also be approved by the Board of Nursing.**

Faculty
**There was neither faculty teaching assignment nor indication of full-time or part-time status. Only "new faculty" resumes were included in the information, except Edward Erinle, whose resume was omitted. Though requested with the later submission, it was not sent. Mr. Erinle was teaching a pediatric class during the site visit.**
Christopher Managio BSN DC Lic # RN967484
Esther Ukaobosi BSN DC Lic # RN965828
Almaz Johnson MSN FNP  DC Lic #RN62452
Ihuoma Ezebuihe BSN DC Lic # RN64982
Inez Spencer BSN DC Lic # RN26840
Manuela Smith-Braxton BSN DC Lic # RN1003402
Marcia Ray BSN DC Lic # RN49238
Mary Okwusogu BNSc DC Lic # RN 1002622
E. Rachel Rizzo BSN DC Lic # RN 1003127
Regina Ogwuebu BSN DC Lic # Rn61005
**Muriel Baker ADN DC Lic # RN 960267**
Sahr Marrah BSN DC Lic # RN963941
Shirley Jackson BSN DC Lic # RN57555
Tina Lytle BSN DC Lic # RN967988
Mohamed Macarthy MSN FNP  DC Lic # RN962912

5604.7    The first class has not graduated. The projected date is October, 2004.


## SITE VISIT

Meeting with Nurse Administrator: Michael Adeodum  (There was no DON)
**The nurse administrator was not able to adequately explain the curriculum concepts or the organizational chart. When asked to differentiate between the duties and responsibilities of the DON and the program administrator, he answered, "the DON is responsible for curriculum, syllabi and have first contact with students, but the program administrator ensure that the curriculum is being followed".**

Meeting with faculty – E. Rachel Rizzo, Esther Ukaobosi, Mary Okwusogu, Edward Erinle
The faculty was able to explain the curriculum framework and philosophy. Ms. Rizzo seemed to be most knowledgeable about the educational issues and answered most questions. **Edward Erinle stated that he is a pediatrician and nurse. Though requested, his resume was not provided for review with any of the submissions.**

Meeting with students – from classes that began Oct. '03, Jan. 04 and May/June
The students were able to state concepts from the curriculum after prodding. They expressed concern that the instructors did not have control over exam development and that some of the exams contained questions related to information that they had not discussed/covered. Otherwise, the students expressed positive comments about the school.
They stated that their clinical included experiences in long-term care facilities and Kernan Hospital (Rehab/Subacute hospital).

Student records, two from each class were reviewed for content and consistency.

The health records reviewed were inconsistent for the contents. Some had criminal history checks; some had urine tests, and two types of CPR.

Meeting with Proprietors – Sonny Oboh, Michael Adeodum
The proprietors were asked their perception of the issues surrounding the three directors in one year. They answered that the issues were with the DON. They did not mention that autonomy, authority, or the location of the office of the DON may be a concern.
Also, they were asked about instructors creating their own exams. The administrator controls the computerized exam development. Instructors should review the exams and eliminate questions that are not pertinent.

CLINICAL VISIT
Ms. Vera Mayer and I visited Grant Park Nursing Center – 3 South
A clinical group of 8 with an instructor were present. The instructor had well thought out and planned clinical experiences for the students. She admitted that the students would not get perioperative experiences there, though she would try to have skilled care experiences. She supervised the student passing of medications for clients on one of the wings. The education coordinator, compliance officer and charge nurse had only positive comments regarding the students and instructor.

Progress toward 2004 Education Regulations:

5607.1    **Not Met - Due to the absence of a director of nursing with education, administration and knowledge of PN programs, this program is delayed in progressing toward the revised regulations.**

5607.4, 5    There is no nurse administrator to appoint an advisory board.

5607.6    Need to hire more faculty with graduate degrees MS in Nursing

5607.8c, 10, 11    At this time it is questionable whether the curriculum is based in sound education principles. There were no acute care clinical experiences planned for the students until mentioned during the site visit, even though clinical objectives required acute care experiences. The proprietor has presented a copy of a contract with an outpatient surgery center. This one contract does not adequately provide the students with experiences in "surgical nursing care" (pre and post operative care)

5607.12,13    The program evaluation plan needs more comprehensive development in the areas listed.

5607.14    Need to add community health nursing

5607.17,20    Written clinical objectives should guide the selection of clinical sites. Clinical experiences in surgical nursing

**5607.21** Currently, total Program hours are less than 1600, clinical hours less than 600.

**5602.2** a. Need to have the percentage of the program's first time NCLEX test takers passing the exam is not more than five percent (5%) below the national norm.

b. Need to submit proof to the Board of current accreditation by the National League for Nursing Accrediting Commission (NLNAC), and

c. Need to demonstrate continued ability to meet the standards and requirements of this chapter.