```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


****************************************
COMPREHENSIVE HEALTH ACADEMY, ET AL    *
                                       *
     PLAINTIFFS,                       *
                                       *
v.                                     *
                                       *
DISTRICT OF COLUMBIA, ET AL.           *
                                       *
     DEFENDANTS.                       *
****************************************
```

## MOTION TO AMEND COMPLAINT

COMES NOW, the Plaintiffs, Comprehensive Health Academy, d/b/a Comprehensive Health Practical Nursing School, and Michael Adedokun, by and through undersigned counsel, David E. Fox, Esq., who hereby submits its Amended Complaint and Motion to Amend the Complaint. In support of their position, the Plaintiffs assert the following:

1. The Plaintiffs assert that their amended complaint complies with the Federal Rules of Civil Procfedure and sets forth several bases for relief. Federal Rule of Civil Procedure 8 states that the Plaintiffs need only file a "complaint upon which relief can be granted." The plaintiffs do not need to try the case in the Complaint. Plaintiffs do not concede that the Motion to Dismiss or for Summary Judgment filed by the defendants is appropriate but in an abundance of caution, they ask that the Court allow the filing of an amended complaint in the alternative.

2. The Complaint need only to set out facts upon which, if proven at trial, the plaintiffs can recover. The Amended Complaint in the subject matter satisfies these requirements.

3. However, not withstanding those facts, the character of the claims has changed in that additional facts have come to light that add another cause for relief. These facts are alleged in the Response to the Opposition to the Motion to Dismiss.

4. Therefore, the plaintiff provides the Amended Complaint attached hereto. The plaintiff requests that the Amended Complaint be filed herewith. The Defendant shall be required to file an Answer to said Amended Complaint upon issuance of order granting amendment.

5. The Court interests are in letting matters be decided by trial and not summarily dismissed. Federal Rule of Civil Procedure 8(a)(2).

WHEREFORE, the Plaintiffs, requests that the attached Amended Complaint be accepted and filed herein.

WHEREFORE, the Defendants shall be required to file an Answer to the Amended Complaint within twenty (20) days of the date of the Order Granting the Amendment.

Respectfully Submitted,

_____
David E. Fox, Esq.
#165258
1325 18th Street, NW #103
Washington, D.C. 20036
(202) 955-5300
(202) 872-0200

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the _____ day of _____ _____, 2006, I caused a copy of the foregoing Plaintiff's Motion to Amend Complaint to be mailed first class, postage prepaid to Ellen Efros, Esq., Office of the Attorney General, 441 Fourth Street, NW, Suite 600, Washington, DC 20001.

_____
David E. Fox, Esq.