AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Comprehensive Health Academy, LLC, d/b/a
Comprehensive Health Academy School of Practical
Nursing, et al.                                )
              Plaintiff(s)    )    **APPEARANCE**
                          )
                          )
              vs.              )    CASE NUMBER    1:06cv01050
District of Columbia, et al.                   )
                          )
           Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  W. Gary Kohlman   as counsel in this
                                (Attorney's Name)

case for:  Comprehensive Health Academy, et al.
                 (Name of party or parties)

| | |
|---|---|
| October 18, 2006 | *(signature)* |
| Date | Signature |
| | W. Gary Kohlman |
| 177527 | Print Name |
| BAR IDENTIFICATION | 805 15th Street, N.W. |
| | Address |
| | Washington, D.C. 20005 |
| | City        State        Zip Code |
| | 202-842-2600 |
| | Phone Number |