GENERIC NOTICE