AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COMPREHESIVE HEALTH ACADEMY, LLC, d/b/a COMPREHENSIVE HEALTH ACADEMY SCHOOL OF PRACTICAL NURSING, et al.

**SUMMONS IN A CIVIL CASE**

V.

DONNA MINOR

CASE NUMBER:   1:06cv01050  (RBW)

TO: (Name and address of Defendant)

DONNA MINOR

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID E. FOX, ATTORNEY AT LAW
1325 - 18TH STREET
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10-2-06 |
| NAME OF SERVER *(PRINT)* WILLIAM JOHNSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 8521 GRANDHAVEN AVE, UPPER MARLBORO, MARYLAND 20772-5065

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-06         *William Joh[nson]*
                Date                Signature of Server

4506 - 39th Pl., NORTH BRENTWOOD, Md. 20722
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.