UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

           Plaintiffs,

       v.                                                            Civil Action No. 1:06cv01050
                                                                              (RBW)
**DISTRICT OF COLUMBIA,** *et al.*

           Defendants.

_____

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO**
**RESPOND TO THE AMENDED COMPLAINT AND TO**
**PLAINTIFF'S (sic) "RESPONSE MEMORANDUM"**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendants the District of Columbia, the DC Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner (collectively "Defendants")[1] hereby move this Honorable Court to enlarge the time to answer or otherwise move as to the Amended Complaint and Plaintiff's (sic) "Response Memorandum"[2] to December 8, 2006. Plaintiff filed and Amended Complaint and a "Response Memorandum" on October 10, 2006. They then filed a Motion To Amend Complaint on October 11.[3] By Minute Order dated October 19, 2006, the Amended Complaint was deemed filed and November 8, 2006 was set as Defendants' answer date.

Defendants seek an enlargement of time of thirty until December 8, 2006 to answer or otherwise move as to the Amended Complaint and to respond to Plaintiffs'

---

[1] Defendants are not filing this motion on behalf of named defendant Donna Minor. She will be represented by separate counsel.

[2] Plaintiffs "Response Memorandum" is not permitted by the Rules without seeking leave of the Court, which Plaintiffs clearly did not do.

[3] Since Defendants had not yet filed a responsive pleading to Plaintiffs' original complaint, there was no need for Plaintiffs to file a Motion To Amend.

1

"Response Memorandum" to the extent necessary. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel contacted Plaintiffs' new counsel, Gary Kohlman, and Mr. Kohlman graciously Plaintiffs' consented to the subject motion.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendants' Motion for Enlargement of Time to Answer or otherwise Move as to the Amended Complaint and to respond to Plaintiffs' "Response Memorandum" to the extent necessary to December 8, 2006, and

B. Grant Defendants such other and further relief as the nature of their cause may require.

DATE: October 31, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

RICHARD S. LOVE,
Chief, Equity I

   /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

          Plaintiffs,

      v.                                     Civil Action No. 1:06cv01050
                                            (RBW)

**DISTRICT OF COLUMBIA,** *et al.*

          Defendants.
_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO THE AMENDED COMPLAINT**
**AND PLAINTIFF'S (sic) "RESPONSE MEMORANDUM"**

     Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), respectfully submit this Memorandum of Points and Authorities in Support of their Motion for Enlargement of Time to Respond to the Amended Complaint and to Plaintiff's (sic) "Response Memorandum" to the extent necessary. In support of the instant Motion, Defendants state as follows:

     1. The original Complaint, alleging constitutional violations, and seeking damages for the purported failure of Defendants to grant full accreditation as a Practical Nursing [educational] Program to Plaintiff Comprehensive Health Academy, LLC ("Comprehensive"), was filed on June 7, 2006, and service appears to have been effected on named defendants Karen Skinner and JoAnne Joyner that same day and on Defendants the District of Columbia, the DC Department of Health, Professional Licensing Administration, and DC Board of Nursing on June 8, 2006.

2. On July 28, 2006, Defendants District of Columbia, the District of Columbia Department of Health, Professional Licensing Administration, D.C. Board of Nursing, Joanne Joyner, and Karen Scipio-Skinner (hereafter collectively "the original Defendants") filed a Motion To Dismiss Or In The Alternative For Summary Judgment.

3. On August 13, 2006, Plaintiffs filed a Memorandum in Opposition to the Original Defendants Motion.

4. On September 22, 2006, the Original Defendants filed a Reply to Plaintiffs' Opposition and in support of their Motion.

5. After the issues were fully briefed and submitted to the Court for decision, on October 10, 2006 Plaintiffs filed an Amended Complaint and a "Response Memorandum" and on October 11, 2006, Plaintiffs filed a Motion to Amend Complaint.

6. By Minute Order, on October 19, 2006, this Court deemed Plaintiffs' Amended Complaint filed and set November 8, 2006 for Defendants' answer.

7. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

8. For good cause shown, Defendants state that Amended Complaint encompasses a number of "revised" factual assertions and legal arguments. By their Amended Complaint, Plaintiffs have added different claims and legal theories to try and sustain an action in this Court. Defendants represent that additional time is necessary to review the Amended Complaint thoroughly and to conduct a complete factual investigation and legal analysis of the many allegations contained therein. Indeed, it is likely that some of the arguments previously raised by Defendants in their Motion To

Dismiss Or, In The Alternative, For Summary Judgment still are valid and applicable, but Defendants need time to review Plaintiffs' new legal theories and facts to respond accordingly. In addition, Defendants represent that additional time is needed to frame a response to Plaintiffs' impermissible "Response Memorandum" to the extent necessary.

9. In addition, Plaintiffs in this action are represented by new counsel who may decide to amend the complaint either to remove and/or add claims. Additional time will permit Plaintiffs' new counsel to review thoroughly the Amended Complaint filed by Plaintiffs' counsel's predecessor and to take appropriate action with respect thereto prior to a response by Defendants.

10. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. An extension of the requested time to respond, until December 8, 2006, will have no material impact on the progress of this case. Indeed, Plaintiffs have requested and received an extension of time previously in this matter to file their reply to the original Defendants' motion and then took twenty (20) days after Defendants' reply was served to file the Amended Complaint and "Response Memorandum." Moreover, Plaintiffs' new counsel, on behalf of Plaintiffs, consents to this Motion.

11. Based on the above, Defendants respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for Defendants to answer or otherwise move as to the Amended Complaint and to respond to Plaintiffs' "Response Memorandum" to the extent necessary until December 8, 2006.

DATE: October 31, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

RICHARD S. LOVE
Chief, Equity I

  /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

4