UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**COMPREHENSIVE HEALTH ACADEMY, LLC,**
**d/b/a COMPREHENSIVE HEALTH ACADEMY**
**SCHOOL OF PRACTICAL NURSING,** *et al.*

        Plaintiffs,

    v.                                                                  Civil Action No. 1:06cv01050
                                                                                            (RBW)
**DISTRICT OF COLUMBIA,** *et al.*

        Defendants.

_____

**ORDER**

Upon consideration of Defendants' Consent Motion For Enlargement Of Time To Respond To Amended Complaint And To Respond Plaintiffs "Response Memorandum," the Memorandum of Points and Authorities in Support thereof, and the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED**, that the Defendants' Motion For Enlargement Of Time To Respond be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED**, that the Defendant District of Columbia, Joanne Joyner, and Karen Scipio-Skinner shall have until on or before December 8, 2006, to answer or otherwise move as to the Amended Complaint and to respond to Plaintiffs' "Response Memorandum."

    **SO ORDERED:**


DATE: _____                           _____
                                                          Reggie B. Walton
                                                          United States District Judge