UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

COMPREHENSIVE HEALTH          :
ACADEMY, LLC, *et al.*        :
                              :
    Plaintiff,              : Case No.: 1:06cv01050(RBW)
                              :
    v.                      :
                              :
DISTRICT OF COLUMBIA., *et al.* :
                              :
    Defendants              :

## PRAECIPE ENTERING APPEARANCE

The Clerk will please enter the appearance of the undersigned, as lead counsel, on behalf of Defendant Donna Minor, in the above-entitled matter.

    Respectfully submitted,

    GLEASON, FLYNN, EMIG, &
    FOGLEMAN, CHARTERED

       /s/ Michael F. Flynn, Jr.
    Michael F. Flynn, Jr., #351304
    11 N. Washington Street, Suite # 400
    Rockville, Maryland  20850
    (301) 294-2110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically mailed, this 8th day of November, 2006, to:

    W. Gary Kohlman, Esquire
    BREDHOFF & KAISER, PLLC
    805 Fifteenth Street, N.W.
    Washington, DC 20005-2207

Richard S. Love, Esquire
Ellen A. Efros, Esquire
Office of the Attorney General, D.C.
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001


    /s/ Michael F. Flynn, Jr.
Michael F. Flynn, Jr.