IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPREHENSIVE HEALTH ACADEMY, LLC, d/b/a COMPREHENSIVE HEALTH ACADEMY SCHOOL OF PRACTICAL NURSING et al.,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA et al.,<br><br>Defendants. | Case No. 1:06-CV-01050-RBW |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Comprehensive Health Academy and Michael Adedokun together with Defendants District of Columbia, Joanne Joyner, Karen Scipio-Skinner, and Donna Minor stipulate that the above-captioned lawsuit may and should be dismissed with prejudice.

Respectfully Submitted,

*W. Gary Kohlman*
W. Gary Kohlman (No. 177527)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600

*On behalf of Plaintiffs Comprehensive Health Academy and Michael Adedokun*

___Ellen A. Efros by LGK___
Ellen A. Efros
Office of the Attorney General
441 Fourth Street NW, Suite 600
Washington DC 20001

*On behalf of Defendants District of Columbia, Joanne Joyner, and Karen Scipio-Skinner*

___Michael Flynn by LGK___
Michael Flynn
Gleason, Flynn, Emig, Fogleman
11 North Washington St., #400
Rockville, MD 20850

*On behalf of Defendant Donna Minor*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Ellen Efros; and I hereby certify that I sent a copy of above named document via first class mail addressed to the following attorney:

Michael Flynn
Gleason, Flynn, Emig, Fogleman
11 North Washington St., #400
Rockville, MD 20850


_____
Meredith Brinson
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600